## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RICHARD USHER,

            Plaintiff,

     v.

UNITED STATES DEPARTMENT OF
JUSTICE, *et al.*,

            Defendant.

Civil Action No. 21-654 (JMC)

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that Plaintiff's outstanding motion for summary judgment, ECF 20, is **DENIED** as

moot, and this case is **DISMISSED** with prejudice as moot.

The Clerk of Court shall terminate this case.

This is a final appealable Order.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: October 13, 2023

1